FILED
FEB 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate No. '08 MJ 8131 |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| ) | |
| v. ) | Title 18 U.S.C. § 3144 |
| ) | F.R.Crim.P. [Material Witness] |
| Jose Luis AGUILAR-Fernandez ) | |
| ) | |
| Material Witness. ) | |
| ) | |

The undersigned complainant being duly sworn states:

That on or about February 9, 2008, within the Southern District of California, material witness, Jose Luis AGUILAR-Fernandez, is a witness in support of the petition alleging "M.P.G." was bringing one illegal alien into the United States for financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). The Material Witness testimony is essential to support the petition in the State of California Juvenile Court against the minor and whose whereabouts at the time of jurisdictional trial will be a foreign country, or unknown, a warrant for his arrest should be issued, and he should be detained until his testimony can be secured. The affiant further alleges that the above-referenced material witness is a citizen and native of Mexico with no legal right to remain in the

1 | and have no apparent means of support or family ties.

2 | Therefore, the above-referenced material witness is a material witness under Title 18, United States Code, Section 3144.

This complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

DATED: February 11, 2008.

_____
LETICIA CASILLAS
Enforcement Officer
U. S. Customs & Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11TH DAY OF FEBRUARY, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

Material Witness

JOSE LUIS AGUILAR-Fernandez

STATEMENT OF FACTS

1.  I am an Enforcement Officer with the United States Customs and Border Protection, assigned to the Calexico, California, Port of Entry. This affidavit is made in support of a material witness complaint for JOSE LUIS AGUILAR-Fernandez. This application seeks the Witness' detention so that his testimony may be secured for jurisdiction in hearing in the Superior Court of the State of California.

2.  The Imperial County District Attorney, has filed against "M.P.G.", within the State of California's Juvenile Court system for the violations of Title 8, United States Code, Section 1324, Brining in Illegal Alien for Financial Gain within the Southern District of California. The District Attorney has also filed a petition for "M.P.G." for violating California State Penal Code 12500(a), Unlicensed Driver.

3.  On February 9, 2008, at approximately 7:22 P.M., "M.P.G." arrived at the Calexico, California, West Port of Entry, as the driver of a green Ford Explorer.

4.  During the primary inspection, "M.P.G." gave a negative Customs declaration to United States Border Protection Officer (CBPO) D. PIZANO. CBPO PIZANO stated "M.P.G." presented a State of California birth certificate and stated he was a U. S. citizen for entry. CBPO PIZANO requested for Canine Enforcement Officer (CEO) LEON to screen the vehicle "M.P.G." was driving. CEO LEON informed

3

1  CBPO PIZANO that his Human Narcotic Detection Dog (HNDD) SHOOTER alerted to the rear of the vehicle.

   5.  "M.P.G." was escorted to the vehicle secondary office. At the vehicle secondary lot CBPO PIZANO discovered a specially built compartment on the right side of the undercarriage of the vehicle. CBPO PIZANO, LEDBETTER, and LEPE assisted JOSE LUIS AGUILAR Fernandez out of the compartment.

   6.  "M.P.G." was placed under arrest. "M.P.G." was advised of his rights per Miranda. "M.P.G." stated he understood his rights and would speak without counsel. "M.P.G." admitted he was going to get paid $1.500.00 if he successfully crossed the vehicle into the United States. "M.P.G." admitted that on February 8, 2008 he successfully crossed the same vehicle, a female subject inside the same compartment without being inspected through the Calexico West Port of Entry. PATINO Gonzalez admitted he got paid $700.00 after successfully smuggling the female subject into the United States on February 8, 2008.

   7.  Material Witness JOSE LUIS AGUILAR-FERNANDEZ stated he is a native and citizen of Mexico with no legal documents to enter, reside or pass through the United States. AGUILAR-FERNANDEZ stated he made the smuggling arrangements himself to be smuggled into the United States. AGUILAR-FERNANDEZ states he was placed in the compartment of the vehicle by unknown men in a house in Mexicali, Mexico. AGUILAR-FERNANDEZ stated he was going to pay the amount of $4,900.00 to be smuggled into the United States, and his final destination would have been Cathedral City, California.

4

8. Based on the foregoing, I respectfully submit testimony from JOSE LUIS AGUILAR-FERNANDEZ at trial will be material.

9. In addition, it will not be impractical to secure the presence of JOSE LUIS AGUILAR-FERNANDEZ by subpoena for the following reasons:

   a. JOSE LUIS AGUILAR-FERNANDEZ is not a citizen of the United States and currently resides in Mexico with his family;

   b. JOSE LUIS AGUILAR-FERNANDEZ does not possesses any immigration documentation to enter, reside or live in the United States lawfully.

   c. JOSE LUIS AGUILAR-FERNANDEZ has an incentive to avoid coming to the United States and appearing in court as a government witness as he was trying to illegally enter the United States without properly filing for admittance.

10. I believe that, based on the facts set out above, there is no condition or combination of conditions that would reasonably assure the appearance of JOSE LUIS AGUILAR-FERNANDEZ. Accordingly, I respectfully request that a complaint be issued for JOSE LUIS AGUILAR-FERNANDEZ.

WHEREFORE your affiant prays that the Court issue a material witness warrant for JOSE LUIS AGUILAR-FERNANDEZ, and he be imprisoned or bailed as the case may be.