UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Luis Aguilar-Fernandez ) <br> Defendant(s) ) | CRIMINAL NO. 08mJ8131 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 05986298 <br> ICJ# 882168 |

On order of the United States District/Magistrate Judge,    **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / (Order of Court)).

DATED: 2/12/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                ☆ U.S. GPO: 2003-581-774/70082