```
                    FILED
                  FEB 29 2008
              CLERK, U.S. DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
            BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Magistrate No.: **08MJ8131** |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) Motion & Order to Dismiss |
| Jose Luis AGUILAR-Fernandez | ) Material Witness Complaint<br>) Without Prejudice |
| Material Witness. | ) |

## MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U. S. Attorney, John F. Weis, and hereby moves to dismiss, without prejudice, the complaint against the above named material witness in the interest of justice for further investigation.

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled complaint Material Witness, Title 18 U.S.C. § 3144, filed on February 12, 2008, before Magistrate Judge Peter C. Lewis, be dismissed, without prejudice, as to the above named material witness.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that bond be exonerated, if bond posted |
| 2 | or material witness Jose Luis AGUILAR-Fernandez be released, if in |
| 3 | custody. |
| 4 | IT IS FURTHER ORDERED that any pending hearing dates be |
| 5 | vacated as to material witness Jose Luis AGUILAR-Fernandez. |

DATED: 2-29-08

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

Presented by:

KAREN P. HEWITT
United States Attorney

JOHN F. WEIS
Assistant U.S. Attorney