UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Luis Aguilar-Fernandez ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj8131 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 05986-298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

M/W Jose Luis Aguilar-Fernandez PREVIOUSLY RL 2/12 (CT ORDER)

DATED: 2/29/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
   Deputy Clerk